UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KACEY LEWIS, : CIVIL ACTION 3:16cv589(VLB)
Plaintiff

v. : FILE NO.

MAURICE LEE, MD :
JILL BURNES, APRN :
Defendants

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
April 13th 2016
Roberts D. Tabora, Clerk
By_____ Deputy Clerk

## COMPLAINT

COMES NOW THE PLAINTIFF IN THE ABOVE-REFERENCED CASE AND RESPECTFULLY PRESENTS HIS COMPLAINT AS FOLLOWS:

1. THIS HONORABLE COURT HAS EXCLUSIVE ORIGINAL JURISDICTION OF THIS COMPLAINT UNDER 42 U.S.C.A. SECTION 1983.

2. THE DEFENDANT, DR. MAURICE LEE IS A DOCTOR AT GARNER CORRECTIONAL INSTITUTION AND IS SUBJECT TO THIS COURT'S JURISDICTION. SERVICE MAY BE MADE TO THIS DEFENDANT AT THE OFFICE OF THE ATTORNEY GENERAL, 55 ELM STREET, HARTFORD, CT 06106. DR. MAURICE LEE IS BEING SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY.

3. THE DEFENDANT, JILL BURNES IS A NURSE AT GARNER CORRECTIONAL INSTITUTION AND IS SUBJECT TO THIS COURT'S JURISDICTION. SERVICE MAY BE MADE TO THIS DEFENDANT AT THE OFFICE OF THE ATTORNEY GENERAL, 55 ELM STREET, HARTFORD, CT 06106. NURSE JILL BURNES IS BEING SUED IN HER OFFICAL AND INDIVIDUAL CAPACITY.

4. BETWEEN NOVEMBER 25, 2011 AND MAY 8, 2013, DR. LEE ORDERED AROUND OR ABOUT TWENTY THREE (23) FORCEABLE INJECTIONS OF PSYCHOTROPICS INTO THE PLAINTIFF'S BODY.

1

5. THE FORCEABLE INJECTIONS OF PSYCHOTROPICS ("HALDOL") ORDERED BY DR. LEE CAUSED PLAINTIFF TO SUFFER AN IRREVERSIBLE NEUROLOGICAL DISORDER ("TARDIVE DYSKINESIA").

6. HALDOL IS A PSYCHOTROPIC DRUG. TARDIVE DYSKINESIA IS A NEUROLOGICAL DISORDER, IRREVERSIBLE IN SOME CASES, AND CHARACTERIZED BY INVOLUNTARY AND UNCONTROLLABLE MOVEMENTS OF THE MUSCLES, ESPECIALLY AROUND THE FACE.

7. IN 2013, DR. LEE TOLD THE PLAINTIFF THAT "HALDOL" CAUSED PLAINTIFF TARDIVE DYSKINESIA.

8. IN AUGUST 2014, DOCTOR GERBINO FROM GARNER, CI TOLD PLAINTIFF THAT "HALDOL" CAUSED PLAINTIFF TO SUFFER TARDIVE DYSKINESIA.

9. ON OCTOBER 1, 2014, TWO DOCTORS AT MACDOUGALL CORRECTIONAL INSTITUTION TOLD PLAINTIFF THAT HE HAD APPARENT MOVEMENTS AROUND HIS MOUTH AND FINGERS AT OCT 1st 2014th MEETING AT MEDICAL UNIT AT MACDOUGALL, CI.

10. IN 2012, DR. LEE ORDERED THE PLAINTIFF'S PLACEMENT IN D-BLOCK AT GARNER CORRECTIONAL INSTITUTION. D-BLOCK IS DESIGNATED FOR INMATES WITH PROFOUND MENTAL ILLNESS.

11. DR. MAURICE LEE PLACED PLAINTIFF IN D-BLOCK AS A PUNISHMENT FOR EXERCISING HIS CONSTITUTIONAL RIGHT NOT TO SPEAK DR. LEE AND OTHER MENTAL HEALTH STAFF AT GARNER, NOT BECAUSE OF REASONS RELATED TO PLAINTIFF'S HEALTH, OR ANY MENTAL HEALTH

issues that Dr. Lee and other prison doctors were alleging the Plaintiff had.

12. Dr. Maurice Lee also used medication to punish the Plaintiff, when he unduly increased the doses of psychotropics that he ordered to be forcibly injected into the Plaintiff's body -- against the Plaintiff's will, when the Plaintiff exercised his constitutional right not to speak to Dr. Lee and other mental health staff at Garner.

13. The increased doses of psychotropics ordered by Dr. Lee were not for medical purposes, nor for any mental health issues that Dr. Lee and other prison staff were alleging the Plaintiff had. Rather, increased doses were for the purposes of punishment.

14. Due to the unethical administration of psychotropic drugs forcibly injected into Plaintiff's body, he was cast into a constant state of lethargy and dizziness, which caused Plaintiff the inability to stand up for a period longer than a few minutes without succumbing to dizzy spells.

15. On August 20, 2012, the Plaintiff, while standing, fainted and collapsed to the floor in his cell in D-Block at Garner, after succumbing to a dizzy spell, caused by Dr. Lee's unethical administration of forceable psychotropic drugs.

3

16. ON THE FOLLOWING DATES, DR. LEE ORDERED THE PLAINTIFF BE FORCIBLY DRUGGED WITH PSYCHOTROPICS: 11-25-2011; 12-25-2011; 2/15/2012, 3/28/2012, 4/18/2012, 5/9/2012, 5/22/2012, 6/13/2012, 7/4/2012, 7/25/2012, 8/22/2012, 9/19/2012, 10/18/2012, 11/21/2012, 12/19/2012, 1/16/2013, 02/13/2013, 3/13/2013, 4/10/2013 AND, 5/8/2013.

17. ON MARCH 4, 2014, THE DEFENDANT JILL BURNES PLACED THE PLAINTIFF IN A RESTRICTIVE HOUSING UNIT WITHOUT DUE PROCESS, AND WITHOUT JUSTIFICATION, AND THEN USED THE INVOLUNTARY MEDICATION PANEL PROCESS AS A PUNISHMENT AGAINST THE PLAINTIFF.

18. AS A DIRECT AND PROXIMATE RESULT OF NURSE BURNES RETALITORY AND UNLAWFUL CONDUCT, THE PLAINTIFF SUFFERED MENTAL ANGUISH, EMOTIONAL STRESS AND HUMILIATION UNJUSTLY.

19. THE DEFENDANT JILL BURNES KNOWINGLY AND WILLFULLY VIOLATED THE PLAINTIFF'S CONSTITUTIONAL RIGHTS WHEN CONSPIRING, WITH MALICIOUS INTENT, TO DEPRIVE THE PLAINTIFF OF HIS CONSTITUTIONAL RIGHTS TO BE FREE FROM BEING FORCIBLY INJECTED WITH MIND ALTERING PSYCHOTROPIC DRUGS.

20. THE DEFENDANT DR. LEE KNOWINGLY AND WILLFULLY VIOLATED THE PLAINTIFF'S CONSTITUTIONAL RIGHTS, WHEN FORCIBLY DRUGGING THE PLAINTIFF WITHOUT DUE PROCESS, AND UNETHICALLY ADMINISTERING PSYCHOTROPIC DRUGS FOR PUNISHMENT.

4

21. THE NAMED DEFENDANTS HAVE VIOLATED THE PLAINTIFF'S RIGHTS UNDER THE UNITED STATES CONSTITUTION.

WHEREFORE, THE PLAINTIFF PRAYS FOR THE FOLLOWING RELIEF:

(a) THAT HE RECOVER COMPENSATORY DAMAGES IN SUCH AMOUNT AS THE JURY MAY DETERMINE, BUT NOT LESS THAN ONE MILLION ($1,000,000) DOLLARS;

(b) THAT HE RECOVER PUNITIVE DAMAGES, IN SUCH AMOUNT AS THE JURY MAY DETERMINE, BUT NOT LESS THAN TWO MILLION ($2,000,000) DOLLARS;

(c) THAT HE RECOVER THE COURT FEES AND COST OF FILING THIS ACTION AND;

(d) THAT HE RECOVER INJUNCTIVE RELIEF, AND THAT THE COURT ORDER THAT THE DEFENDANT'S BE PROHIBITED FROM FORCING PLAINTIFF INTO A MIND ALTERING DRUG PROGRAM, MENTAL HEALTH EVALUATIONS AGAINST AGAINST HIS WILL, AND FROM BEING FORCIBLY DRUGGED AGAINST HIS WILL.

(e) THAT HE RECOVERS AND HAS SUCH OTHER AND FURTHER RELIEF AS THIS COURT DEEMS APPROPRIATE.

THE PLAINTIFF

4/7/2016
DATE

Kacy Lewis
KACEY LEWIS, PRO SE
GARNER CORRECTIONAL INST.
50 NUNNAWAUK ROAD
NEWTOWN, CT 06470
TEL: NONE
FAX: NONE
EMAIL: NONE

5